UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LUIS ALBERTO RIVERA,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  21CR1043-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **August 6, 2021**; the hearing is **CONTINUED** to **Friday, August 27, 2021** at **9:00 a.m.**

IT IS SO ORDERED.

Dated: August 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

21CR1043-JLS